**Order entered November 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00201-CV

### RICHARD RALEY, RALEY HOLDINGS, LLC, AND MATTHEW W. BOBO, Appellants

### V.

### DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is appellants' November 18, 2019 unopposed motion for a fourteen-day extension of time to file their opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than December 6, 2019.

/s/    BILL WHITEHILL
        JUSTICE